UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |
| **This document relates to:**<br>*Garstka v. Davol, Inc., et al.*<br>Case No. 2:21-cv-3214 | |

**ORDER**

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party.  (ECF No. 6.)  Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party."  Fed. R. Civ. P. 25(a)(1).  "A motion for substitution may be made by any party or by the decedent's successor or representative."  *Id.*

Following Plaintiff's death, Richard Garstka was appointed the personal representative of Plaintiff's estate.  (ECF No. 6.)  Plaintiff now moves for the substitution of Richard Garstka, as Personal Representative of the Estate of JoAnn Garstka, as the proper plaintiff.  (*Id*.)  Plaintiff's unopposed Motion to Substitute is **GRANTED**.  The Clerk is directed to substitute Richard Garstka, as Personal Representative of the Estate of JoAnn Garstka, as Plaintiff in place of JoAnn Garstka.

    IT IS SO ORDERED.


**4/24/2024**                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**